

In The United States District Court
Eastern District of New York

Tobias R. Reid, MD, PhD
25 Remsen Avenue #2330
Brooklyn, New York 11212

      Plaintiff,

-vs-
New York City Police Department
67th Precinct
Unknown Officer #1
2820 Snyder Avenue
Brooklyn, New York 11226

And;

New York City Department of Sanitation
Station #9
Unknown Disposal Agent #1
690 New York Avenue
Brooklyn, New York 11225

      Defendants.

Case No.

Judge:

Complaint
28 U.S.C. 1983

25-cv-05275 - RPK-VMS

RECEIVED IN PRO SE OFFICE
SEP 18 2025

## 28 U.S.C. 1983 Complaint for Deprivation of Rights

On or about the 13th day of September 2025 in the City of New York and the Borough of Brooklyn in the confines of the 67th Police Precinct two Unknown agents from the New York City Police Department and Department of Sanitation, removed and destroyed plaintiff's property without any notification, the property in question was two (2) motor bikes in which were parked and secured. The following morning when plaintiff arrived at work the property was removed, the plaintiff learned of the two (2)

REC'D IN PRO SE OFFICE
SEP 18 '25 AM 10:08

unknown defendants from surveillance cameras that are located at the building where plaintiff is a tenant. Upon the notification the plaintiff filed a report on 9/14/2025, when the plaintiff sought to retrieve the report he learned from a detective that the responding officer who wrote the report "wrote the wrong date on the report (6-14-2025)" instead of the date of 9-14-2025 and 911 call made from plaintiff.

## Jurisdiction

28 U.S.C. Section 1983 is a United States federal law that allows individuals to sue state or local government officials for violating their constitutional and statutory rights. The defendant violated plaintiff's rights by the unauthorized removal and destruction of his two (2) motor bikes without prior notice and the defendant illegally acted under the color of state law.

Plaintiff, who has been a tenant at 25 Remsen Avenue since 2019 was well within his rights to park and secure property at his place of business.

## Compensatory Damages

Injuries for the deprivation of constitutional and statutory rights: **(1)** In the amounts of One Hundred Thousand Dollars (100,00.00) for the illegal removal, sale and/ or destruction of property of plaintiff in which two (2) motor bikes. **(2)** In the amounts of One Hundred Thousand Dollars (100,00.00) for the illegal removal, sale and/ or destruction of two (2) custom built trailer attachments.

2

### Punitive Damages

Injuries for the deprivation of constitutional and statutory rights of the plaintiff for the illegal removal, sale and/ or destruction of plaintiff's property in the amounts of One Hundred Thousand Dollars (100,00.00).

### Injunctive Relief

The plaintiff hereby requests injunctive relief as far a reprisal and retaliation from the New York City Police Department and New York City Department of Sanitation in the form of an order preventing future incidents.

### Conclusion

Wherefore and for the foregoing reasons the plaintiffs hereby requests a judgement in the amounts of Three Hundred Thousand Dollars (300,00.00) for the deprivation of right secured by the United States Constitution and Federal law.

Respectfully submitted,

Tobias R. Reid, MD, PhD
25 Remsen Avenue #2330
Brooklyn, New York 11212

## Certificate of Service

I hereby certify that a copy of the plaintiff's 28 U.S.C. 1983 Civil Action for Deprivation of Rights has been sent to the following: New York City Police Department 67th Precinct Unknown Officer #1 at 2820 Snyder Avenue, Brooklyn, New York 11226 and to: New York City of Sanitation Station #9 Unknown Disposal Agent #1 at 690 New York Avenue Brooklyn, New York 11225 this 18th day of September, 2025 by first class United States mail.

**Respectfully submitted,**

_(signature)_
Tobias R. Reid, MD, PhD
85 Remsen Avenue #2330
Brooklyn, New York 11212