In The United States District Court
Eastern District of New York

Tobias R. Reid, MD, PhD          :      Judge Rachel P.Kovner

        Plaintiff,            :      Magistrate Vera M Scanlon

                          Case No.1:25-cv-05275

-vs-                             :

                          <u>Plaintiff's leave to add</u>
                          <u>Jessica Tish and Javier</u>
New York City Police Depart.  :  <u>Lojan as Valentin</u>
et. al.                          <u>Defendants and or Motion</u>
        Defendants.    :      <u>For Default Judgment.</u>


    Now comes plaintiff, Tobias R. Reid, MD, PhD, with Motion

For leave to amend complaint to add; New York City Police

Department Commissioner Jessica Tish as to the "Unknown Agent

#1" and Javier Lojan Acting Commissioner of the New York City

Department of Sanitation.  The reason are more fully set forth

in the plaintiff's memorandum in support hereafter.


                          Respectfully submitted,

                          Tobias R. Reid, MD, PhD
                          25 Remsen Avenue #2330
                          New York, New York 11212

REC'D IN PRO SE OFFICE
JAN 13 26 AM 11:29

## <u>Memorandum In Support</u>

The plaintiff, Tobias R. Reid, MD, PhD hereby introduces the named defendants of Police Commissioner Jessica Tisch and Acting Sanitation Commissioner Javier Lojan in their individual and professional capacities in which both are department heads and have knowledge of the incident in the complaint. By naming these two "New" defendants can end the unnecessary confusion of the identification of the actual agents who carried out the incident in the complaint as they were acting on orders of New York City Police Department Commissioner Jessica Tisch and New York City Sanitation Department Acting Commissioner Javier Lojan.

Respectfully submitted,

Tobias R. Reid, MD, PhD
25 Remsen Avenue #2330
New York, New York 11212

## Certificate of Service

I hereby certify that a copy of the plaintiff's Motion For Leave to add Defendants Jessica Tisch and Javier Lojan and/ or Motion for Default Judgment has been sent to the Office of Corporate Counsel this 13th day of January 2026 by first class United States mail.

Respectfully submitted,

Tobias R. Reid, MD, PhD