

In The United States District Court
Eastern District of New York

Tobias R. Reid, MD, PhD

    Plaintiff,

-vs-

Jessica Tisch,
Commissioner New York City
Police Department
Unknown Officer #1

    And;

Javier Lojan,
Acting Commissioner New York City
Department of Sanitation
Unknown Disposal Agent #2

    Defendants.

Case No. 1:25-CV-05275

Judge Rachel P. Kovner

Magistrate Vera M. Scanlon

<u>Plaintiff's Amended Complaint
28 U.S.C. 1983.</u>



<u>Amended 28 U.S.C. 1983 Complaint for Deprivation of Civil Rights</u>

1. On or about the 13th day of September 2025 in the City of New York and the Borough of Brooklyn within the confines of the 67th Precinct Unknown Agents from the New York City Police Department and New York City Department of Sanitation, removed and destroyed plaintiff's property without consent or notification, the property in question was two (2) motor bikes in which were parked and secured by plaintiff.

1

REC'D IN PRO SE OFFICE
FEB 4 '26 AM 9:55

That same morning when plaintiff arrived at work the property was removed, the plaintiff learned of the agents from the New York City Police Department and New York City Department of Sanitation from surveillance cameras that are located at the building, the building in which was Cube Smart, Inc. a storage rental facility in which the plaintiff has been a tenant since 2019. Upon learning and investigation the plaintiff sought to file a police report for stolen property with the 67th Precinct of the New York City Police Department, the report was taken and filed the following day in which was September 14th 2025. Three days later the plaintiff went to the 67th precinct to retrieve report and also learned that the officers whom had taken the report wrote the wrong date on it, listing the date of the theft 6-14-2025 instead of the proper date of September 14th 2025 in which the second 911 call was made from plaintiff.

## Jurisdiction

2. 28 U.S.C. Section 1983 is a United States Federal Law that allows individuals to sue state or local government officials for violating their constitutional and statutory rights.

**Parties**

3. The plaintiff Tobias R. Reid, MD, PhD is American, the owner of the property in which were (2) two motor bikes in which were located at 25 Remsen Avenue Brooklyn, New York 11212, the plaintiff is also a tenant at that address and has been there since 2019.

4. The Defendant Jessica Tisch is the Commissioner of the New York City Police Department. The Unknown Agent #1 was proceeding under the authority of the Police Commissioner, since identity of the culprit cannot be identified by the Valentin law plaintiff hereby amends complaint to add such defendant for the unauthorized removal and destruction of plaintiff's property named in the complaint.

5. The Defendant Javier Lojan is the Acting Commissioner of the New York City Department of Sanitation. The Unknown Disposal Agent #2 was proceeding under the authority of the Acting Sanitation Commissioner, since the identity of the culprit cannot be identified by the Valentin law plaintiff hereby amends complaint to add such defendant for the unauthorized removal and destruction of plaintiff's property named in the complaint.

## Compensatory Damages

6. Injuries for the deprivation of constitutional and statutory rights: **(1)** In the amounts of One Hundred Thousand Dollars (100,000.00) for the illegal removal, sale and/ or destruction of property of plaintiff in which was (2) two motor bikes. **(2)** In the amounts of One Hundred Thousand Dollars (100,000.00) for the illegal removal, sale and/ or destruction of (2) two custom built trailer attachments.

## Punitive Damages

7. Injuries for the deprivation of constitutional and Statutory rights of the plaintiff for the illegal removal, sale, and/ or destruction of plaintiff's property in the amounts of One Hundred Thousand Dollars (100,000.00).

## Injunctive Relief

8. The plaintiff hereby requests injunctive relief as to reprisals and retaliation from the New York City Police Department and New York City Department of Sanitation in the Form of an order preventing future incidents.

## Conclusion

9. Wherefore and fore the foregoing reasons the plaintiff hereby requests a judgment in the amounts of Three Hundred Thousand Dollars (300,000.00) for the deprivation of constitutional and statutory rights secured by the United States Constitution and Federal Law.

Respectfully submitted,

Tobias R. Reid, MD, PhD
25 Remsen Avenue #2330
New York, New York 11212

## Certificate of Service

I hereby certify that a copy of the Plaintiff's Amended 28 U.S.C 1983 Civil Action for Deprivation of Rights has been sent to Jessica Tisch, Commissioner of the New York City Police Department and Javier Lojan Acting Commissioner of the New York City Department of Sanitation by and through counsel located at 100 Church Street, New York, New York 10007 this 4th day of February 2026 by First Class United States Mail.

Respectfully submitted,

Tobias R. Reid, MD, PhD